• FIL

 no. 04-14-00721-j^,;;:;1';;;;;;
 IN THE FOURTH COURT OF APPEAL? n I
 SAN ANTONIO, TEXAS

 ANDRES RAMOS

 Appellant

 v.

 GIGI CASTANEDA

 Appellee

On Appeal from the Maverick County Court

 Eagle Pass, Texas; Cause # 3220

 The Honorable Ron Carr, Presiding Judge

 BRIEF OF APPELLANT

 MR. ANDRES RAMOS

 U.S. POSTAGE
 PAID
 EAGLE_PASS.TX
 /88D2
 FEB 27.'15
 UNITED STATES AMOUNT
 rcsT.tLscnvicc

 iilllillll!
 1000
 78205
 $8.03
 00069189-, i